**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.:  2:08-cv-02244-SHM-dkv** |
| | ) | |
| **MERCK & CO., INC.,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF CONSULTATION**

**COMES NOW** Lisa M. Martin, counsel of record for Defendant, Merck & Co., Inc.,

(hereinafter referred to as "Defendant"), in support of  Merck's Motion for Extension of Time to

Produce Expert Disclosures, and states as follows;

1.     On July 24, 2009, I called counsel for Plaintiff to discuss the present motion but

received his voice mail.  Accordingly, I left a detailed voice message describing the Motion for

Extension of Time to Produce Expert Disclosures and the basis thereof and requesting he return my

call to consult on the motion.

3.  As of the time of filing this motion, I have not received a return phone call from counsel for

Plaintiff.

Memphis 1077556v.1

Respectfully submitted this the 29th day of July, 2009.

s/ Lisa M. Martin_____
CHARLES C. HARRELL (#5886)
LISA M. MARTIN (#23314)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone:  (901) 680-7200
Facsimile:  (901) 680-7201
Counsel for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF , upon the following counsel of record:

Javier Michael Bailey
THE WALTER BAILEY LAW FIRM
100 N. Main, Suite 3002
Memphis, TN 38103

ATTORNEYS FOR THE PLAINTIFF

on this 29th day of July, 2009.

s/ \_Lisa M. Martin_____