```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| John Taylor,                )   | |
|                             )   | |
|                             )   | |
|                             )   | |
|                             )   | |
|         Plaintiff,          )   | Case No. 08-2244 |
|                             )   | |
| v.                          )   | |
|                             )   | |
| Merck & Co., Inc.,          )   | |
|                             )   | |
|                             )   | |
|                             )   | |
|                             )   | |
|         Defendant.          )   | |

## ORDER TO SHOW CAUSE

On July 13, 2009, Defendant Merck & Co., Inc. ("Merck"), filed a motion for summary judgment against Plaintiff John Taylor. Taylor has not responded to Merck's motion for summary judgment. Taylor is ordered within eleven (11) days of this order to show cause why Merck's motion for summary judgment should not be granted.

So ordered this 1st day of October, 2009.

                             s/ Samuel H. Mays, Jr.
                             SAMUEL H. MAYS, JR.
                             UNITED STATES DISTRICT JUDGE